ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Chris and Kelli Cox | ) ASBCA Nos. 60873, 61338, 61521 |
| | ) |
| Under Contract No. DACA67-5-11-390 | ) |

APPEARANCE FOR THE APPELLANT:     Scott Milburn, Esq.
                                  Advocates Law Group, PLLC
                                  Issaquah, WA

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                  Engineer Chief Trial Attorney
                                  Melissa M. Head, Esq.
                                  Engineer Trial Attorney
                                  U.S. Army Engineer District, Omaha

ORDER OF DISMISSAL

These appeals have settled, and by motion filed on June 21, 2018, appellant moved for their dismissal with prejudice. Accordingly, these appeals are dismissed from the Board's docket with prejudice.

Dated: June 22, 2018

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60873, 61338, 61521, Appeals of Chris and Kelli Cox, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals